# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HILARY DEEN GOODWIN**                                                                              **PLAINTIFF**
**ADC #42042**

**V.**                            **CASE NO. 3:19-cv-240 JM**

**BENJAMIN BRISTOW,** *et al*.                                                 **DEFENDANTS**

## ORDER

Plaintiff Hillary Deen Goodwin, who is currently incarcerated at the Craighead County Detention Center, has filed a notice of appeal with the United States Court of Appeals, Eighth Circuit, appealing the dismissal of his complaint, and a motion for leave to appeal *in forma pauperis*. (Doc. No. 10 and Doc. No. 9, respectively). However, because the Court in its order staying this case (Doc. No. 6) certified that any appeal would be frivolous and not in good faith, the motion will be denied.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. No. 9) is DENIED.

2. Within thirty days of this order's entry date, Plaintiff must either:

    (a) pay to this Court the $505.00 appellate filing and docketing fees; or

    (b) file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1).

3. Plaintiff is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 3rd day of October, 2019.

                                                                                UNITED STATES DISTRICT JUDGE