# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**HILARY DEEN GOODWIN**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #42042**

**V.**　　　　　　　　　　　**CASE NO. 3:19-cv-240 JM**

**BENJAMIN BRISTOW,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE